IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALAN TROY RUYBAL,

      Plaintiff,

v.   CV 14-33 WPL

CAROLYN W. COLVIN, *Commissioner
of the Social Security Administration*,

      Defendant.

## ORDER

I entered an Order for Supplemental Briefing to allow Alan Troy Ruybal the opportunity to either explain or amend the calculation in his Motion for Order Authorizing Fees Pursuant to 42 U.S.C. § 406(b) of the amount of money the Social Security Administration withheld for attorney's fees. (Doc. 36.) Ruybal filed his Supplemental Brief and asks that I hold this matter in abeyance until the Social Security Administration provides him with a notice of award with an itemized list of the withheld attorney's fees. (*See* Doc. 37 at 2.) Ruybal's request is granted. This matter is held in abeyance.

IT IS SO ORDERED.

                                                    William P. Lynch
                                                    United States Magistrate Judge